HENRY N. JETER, Administrator, Appellant, *vs.* LEWIS T. MOORE *et als.*

An administrator may appeal from a decree of the Probate Court ordering distribution of the estate administering.

Claimants of a distributive share are, at the trial of an appeal from a probate order of distribution, entitled to the opening and close.

APPEAL from a decree of the Probate Court of the city of Newport.

The Probate Court of the city of Newport, after settling the account of Henry N. Jeter as administrator of the estate of Susan Minniman, ordered the surplus paid one half to the mother of Susan, and one half to the children of Elizabeth Moore, sister of Susan. From this order Jeter as administrator appealed, claiming that Elizabeth was not a sister of Susan. The counsel for the Moores moved that the appeal be dismissed, on the ground that Jeter, the administrator, had no lawful interest in the appeal, and was not a party aggrieved by the order of the Probate Court appealed from.

*Providence, July* 5, 1890. PER CURIAM. The motion to dismiss the appeal is denied and dismissed. On the trial of the appeal the Moores are to have the opening and close.

*Francis B. Peckham,* for appellants.

*Charles Acton Ives,* for appellees.